IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. WILLIAMS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT GILMORE, et al., | : | |
| Respondents. | : | No. 18-0238 |

## **ORDER**

AND NOW, this 28st day of September, 2018, upon consideration of the petitioner's Motion for Discovery and Memorandum of Law (Document 6) dated February 21, 2018, it is hereby ORDERED that petitioner's motion for discovery is DENIED without prejudice.

BY THE COURT:

 /s/ LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES CHIEF MAGISTRATE JUDGE