IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK L. WILLIAMS, | : | |
|---|---|---|
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-0238 |
| ROBERT GILMORE, et al. | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this ___17th____ day of April, 2019, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* (Doc. 1), the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa ("Report and Recommendation") (Doc. 25), and Petitioner's Objections to the Report and Recommendation (Doc. 29), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for Writ of *Habeas Corpus* is **DENIED** with prejudice;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**